UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-CR-2341-CAB |
|---|---|
| Plaintiff, | **ORDER AND JUDGMENT GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |
| v. | |
| FRANCISCO CORTEZ-BARAJAS, | |
| Defendant. | |

The United States having moved to dismiss the Information without prejudice, good cause appearing, and dismissal being in the interests of justice given Defendant was removed from the United States after being released on bond,

IT IS HEREBY ORDERED the United States' motion to dismiss is GRANTED. The Information in this case (ECF No. 16) is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: September 10, 2021

_____
HON. CATHY ANN BENCIVENGO
United States District Judge